# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SHARON STEWARD**,

        *Plaintiff*,

v.

**COMMISSIONER OF SOCIAL SECURITY**,

        *Defendant*.

Cause No. 3:22-CV-448-CWR-RPM

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on August 8, 2023. Docket No. 13. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there have been no objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. For the reasons articulated in the Report and Recommendation, therefore, the Commissioner's decision is reversed and remanded for further proceedings. A separate Final Judgment will issue.

**SO ORDERED**, this the 28th day of August, 2023.

                                            s/ Carlton W. Reeves
                                            UNITED STATES DISTRICT JUDGE